# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2014

## NO. 03-11-00662-CV

**The City of Austin d/b/a Austin Energy; and Larry Weis, General Manager, Austin Energy, Appellants**

**v.**

**MET Center NYCTEX, Phase II, Ltd., Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, HENSON, AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN;**
**JUSTICE HENSON NOT PARTICIPATING**

This is an appeal from the interlocutory order signed by the trial court on October 11, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.